MENNEMEIER, GLASSMAN & STROUD LLP
ANDREW W. STROUD (SBN 126475)
SARAH J. FISCHER (SBN 260807)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone: (916) 553-4000
Facsimile: (916) 553-4011
E-mail: stroud@mgslaw.com

Attorneys for Plaintiff
In-Shape Health Clubs, Inc.

Michael S. Warda (SBN 176360)
WARDA & YONANO, LLP
2350 W. Monte Vista Avenue
Turlock, CA 95382
Telephone: (209) 667-1889
Facsimile: (209) 667-1809

Attorneys for Defendant
Turlock Health & Fitness Center, Inc.,
dba Brenda Athletic Clubs, a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN-SHAPE HEALTH CLUBS, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> TURLOCK HEALTH & FITNESS CENTER, INC., dba BRENDA ATHLETIC CLUBS, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 2:10-cv-02791-JAM-KJN <br><br> **STIPULATION AND ORDER MODIFYING SCHEDULING ORDER WITH RESPECT TO EXPERT DISCLOSURE AND DISCOVERY DEADLINES** <br><br><br> The Honorable John A. Mendez |

**RECITALS**

Whereas, this Court's Scheduling Order (Doc. # 10) currently requires the parties to disclose their expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) by July 15, 2011;

Whereas, this Court's Scheduling Order currently requires the parties to disclose any supplemental or rebuttal experts pursuant to Federal Rule of Civil Procedure 26(a)(2)(c) by July 22, 2011;

Whereas, this Court's Scheduling order currently orders that all discovery shall be completed by September 16, 2011;

Whereas, counsel for Plaintiff are unavailable and traveling out-of-state over the next several weeks, making the completion of expert discovery difficult;

Whereas, in light of the unavailability of counsel, the parties agree that good cause exists to modify the Scheduling Order and to continue the expert disclosure and expert discovery deadlines only;

Now, therefore, the parties enter into the following stipulation:

**STIPULATION**

The parties, by and through their respective attorneys, stipulate and agree as follows:

1. The deadline to disclose expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2) is continued to September 9, 2011;

2. The deadline to disclose any supplement or rebuttal expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(c) is continued to September 16, 2011;

3. The deadline to complete expert discovery only is continued to September 30, 2011; and

4. All other pre-trial and trial dates shall remain the same.

Dated: June 21, 2011                     MENNEMEIER, GLASSMAN & STROUD LLP

By:             /s/
Andrew W. Stroud
Attorneys for Plaintiff

Dated: June 21, 2011                WARDA & YONANO, LLP

By: _____/s/_____
Michael S. Warda
Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED: June 21, 2011                /s/ John A. Mendez
U.S. DISTRICT COURT JUDGE