1  MENNEMEIER, GLASSMAN & STROUD LLP
   ANDREW W. STROUD (SBN 126475)
2  980 9th Street, Suite 1700
   Sacramento, CA 95814
3  Telephone:  (916) 553-4000
   Facsimile:  (916) 553-4011
4  E-mail: stroud@mgslaw.com

5  Attorneys for Plaintiff
   In-Shape Health Clubs, Inc.

6  WARDA & YONANO, LLP
7  MICHAEL S. WARDA (SBN 176360)
   2350 W. Monte Vista Avenue
8  Turlock, CA 95382
   Telephone: (209) 667-1889
9  Facsimile: (209) 667-1809
   E-mail: msw@wardalaw.com

10 Attorney for Defendant
11 Turlock Health & Fitness Center, Inc., dba Brenda Athletic Clubs

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN-SHAPE HEALTH CLUBS, INC., a California corporation, | CASE NO.: 2:10-cv-02791-JAM-KJN |
| Plaintiff, | **STIPULATION OF DISMISSAL; ORDER** |
| v. | |
| TURLOCK HEALTH & FITNESS CENTER, INC., dba BRENDA ATHLETIC CLUBS, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a), plaintiff In-Shape Health Clubs, Inc. ("In-Shape") and defendant Turlock Health & Fitness Center, Inc., dba Brenda Athletic Clubs ("Brenda"), by and through their counsel of record, do hereby agree and stipulate as follows:

1. Having reached a settlement of this matter, the parties stipulate to the dismissal of this action, in its entirety and with prejudice; and

///

2. Each party will bear its own costs and fees in connection with this matter.

Dated: May 9, 2012                    MENNEMEIER, GLASSMAN & STROUD LLP
                                      ANDREW W. STROUD


                                       /s/ Andrew W. Stroud
                                      Andrew W. Stroud
                                      Attorneys for Plaintiff In-Shape Health Clubs, Inc.


Dated: May 9, 2012                    WARDA & YONANO, LLP
                                      MICHAEL S. WARDA


                                       /s/ Michael S. Warda
                                      Michael S. Warda
                                      Attorneys for Defendant Turlock Health & Fitness
                                      Center, Inc. dba Brenda Athletic Clubs


        IT IS SO ORDERED:


DATED:   May 9, 2012                  /s/ John A. Mendez
                                      U.S. DISTRICT COURT JUDGE

10cv2791.o.5912.wpd                       2
STIPULATION OF DISMISSAL; [PROPOSED] ORDER